IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02695-BNB

ANTHONY S. DEMBRY,

    Applicant,

v.

PAM PLOUGHE, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 07 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Anthony S. Dembry is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado. On November 5, 2009, Mr. Dembry, acting *pro se*, submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 to the Court. In an order filed on November 17, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Dembry to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Dembry to submit a certified statement showing the current amount of money in his prison inmate account. On December 9, 2009, rather than submitting a certified copy of his prison account statement, Mr. Dembry submitted the $5.00 filing fee to the Court.

Subsequent to the November 17, 2009, Order, the Clerk of the Court located a separate $5.00 filing fee payment that Mr. Dembry had submitted in a previous case, ***Dembry v. Ploughe***, No. 09-cv-01740-ZLW (D. Colo. Sept. 2, 2009). Case No. 09-cv-

01740-ZLW was dismissed because Mr. Dembry failed either to submit a certified account statement or in the alternative to pay the $5.00 filing fee. Upon the Clerk's Office locating the payment, the Court, on December 15, 2009, entered an order that directed the Clerk of the Court to reopen Case No. 09-cv-01740-ZLW. Because the claims asserted in this action are identical to the claims raised in Case No. 09-cv-01740-ZLW the Court will direct the Clerk of the Court to dismiss this action without prejudice and to return to Mr. Dembry the $5.00 payment that he submitted to the Court in this case. Accordingly, it is

ORDERED that the instant action is dismissed without prejudice. It is

FURTHER ORDERED that the Clerk of the Court shall return to Mr. Dembry the $5.00 filing fee he submitted to the Court on December 9, 2009. It is

FURTHER ORDERED that no certificate of appealability will issue because Mr. Dembry has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this 6th day of January, 2010.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02695-BNB

Anthony S. Dembrey
Prisoner No. 104886
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

   I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  1/7/10   

                              GREGORY C. LANGHAM, CLERK

                              By _____
                                         Deputy Clerk